| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the:<br>EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **11 UM Food Corp.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  City Acres Market** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1339901** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**11 Broadway**<br>**Brooklyn, NY 11249**<br>Number, Street, City, State & ZIP Code<br><br>**Kings**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **11 UM Food Corp.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4451**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** *that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **11 UM Food Corp.** Case number (*if known*)
　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
　　　Contact name
　　　Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **11 UM Food Corp.**  Case number (*if known*) _____
           Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **11 UM Food Corp.**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 20, 2025**
MM / DD / YYYY

**X /s/ Leo K. Barnes, Jr.**            **Leo K. Barnes, Jr.**
Signature of authorized representative of debtor            Printed name

Title **Court-Appointed Receiver**

**18. Signature of attorney**

**X /s/ Adam P. Wofse, Esq.**            Date **February 20, 2025**
Signature of attorney for debtor            MM / DD / YYYY

**Adam P. Wofse, Esq.**
Printed name

**LaMonica Herbst & Maniscalco, LLP**
Firm name

**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
Number, Street, City, State & ZIP Code

Contact phone **516-826-6500**    Email address **awofse@lhmlawfirm.com**

**NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **11 UM Food Corp.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 20, 2025**   X **/s/ Leo K. Barnes, Jr.**
Signature of individual signing on behalf of debtor

**Leo K. Barnes, Jr.**
Printed name

**Court-Appointed Receiver**
Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **11 UM Food Corp.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Abraham Natural Foods Corp.**<br>30-20 Review Ave.<br>Long Island City, NY 11101 | | | | | | $5,355.69 |
| **BCS**<br>47-15 33rd Street<br>Long Island City, NY 11101 | | | | | | $13,853.57 |
| **Brand Central**<br>1981 Pikin Ave<br>Brooklyn, NY 11207 | | | | | | $6,341.11 |
| **C & C Apartment Mgmt. LLC**<br>1735 Park Ave, Suite 300<br>New York, NY 10035 | | **Landlord** | | | | $200,958.79 |
| **Catalan Gourmet**<br>1133 Broadway, Suite 1614<br>New York, NY 10010 | | | | | | $7,231.37 |
| **CHEX Find Foods**<br>71 Hampden Road<br>Mansfield, MA 02048 | | | | | | $7,886.42 |
| **Cogent Waste Solution**<br>5836 47th St<br>Maspeth, NY 11378 | | | | | | $10,121.86 |
| **Daniel Foods Corp**<br>58-60 59th Street<br>Maspeth, NY 11378 | | | | | | $14,533.64 |
| **First International Health Foods**<br>90 Borolin Rd<br>Allendale, NJ 07401 | | | | | | $3,312.81 |

Debtor  **11 UM Food Corp.**                                                          Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Four Seasons<br>400 Wabash Rd<br>PO Box 788<br>Ephrata, PA 17522 | | | | | | $7,017.62 |
| Hana Buying Services<br>NYC Terminal Market A-169<br>Bronx, NY 10474 | | | | | | $50,347.54 |
| Imperial Dad<br>255 Roate 1and 9<br>Jersey City, NJ 07306 | | | | | | $10,269.79 |
| J & J Farms Creamery Inc<br>57-48 49th Place<br>Maspeth, NY 11378 | | | | | | $29,347.12 |
| Manhattan Beer<br>955 East 149th Street<br>NY 10855-2097 | | | | | | $4,865.09 |
| Melba Foods<br>110 Middlesex Ave<br>Carteret, NJ 07008 | | | | | | $22,415.39 |
| Nassau Provisions<br>700 Furrows Rd<br>Holtsville, NY 11742 | | | | | | $8,662.03 |
| Natural Foods<br>64-31 108th Street<br>Suite 1070<br>Forest Hills, NY 11375 | | | | | | $7,094.48 |
| Nu Natural<br>134 Sand Park Rd<br>Cedar Grove, NJ 07009 | | | | | | $9,187.90 |
| Porky<br>PO Box 18057<br>Newark, NJ 07191 | | | | | | $8,415.91 |
| Union Beer<br>1213-17 Grand Street<br>Brooklyn, NY 11211 | | | | | | $7,332.75 |

**United States Bankruptcy Court**
**Eastern District of New York**

In re **11 UM Food Corp.**                                      Case No.
                              Debtor(s)                          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **February 20, 2025**            **/s/ Leo K. Barnes, Jr.**
                                        **Leo K. Barnes, Jr.**/**Court-Appointed Receiver**
                                        Signer/Title

Date:  **February 20, 2025**            **/s/ Adam P. Wofse, Esq.**
                                        Signature of Attorney
                                        **Adam P. Wofse, Esq.**
                                        **LaMonica Herbst & Maniscalco, LLP**
                                        **3305 Jerusalem Avenue, Suite 201**
                                        **Wantagh, NY 11793**
                                        **516-826-6500**

A & A Fresh Bread
4210 2nd Ave
Brooklyn, NY 11232


Abarrotes Mixteca Corp
216-A Midland Ave
Saddle Brook, NJ 07663


Abraham Natural
Foods Corp.
30-20 Review Ave.
Long Island City, NY 11101


Agrarin Feast LLC
651 Cattail Road
Livingston Manor, NY 12758


All Island Food Dist
50 Brook Ave., Suite L
Deer Park, NY 11729


Arcos Distributor
119 Ridgeway Ave B
Blairstown, NJ 07825


Arlington Candy
71 Porete Ave
North Arlington, NJ 07031


Atlantis Food Inc
573 Ave Y
Brooklyn, NY 11235


Avec Drink Co
184 Kent Ave
Apt B 514
Brooklyn, NY 11249


BCS
47-15 33rd Street
Long Island City, NY 11101


Beltry Inc
120 Oceana Dr West 5A
Brooklyn, NY 11235

Big Geyer Inc
57-65 48th Street
Maspeth, NY 11378

Brand Central
1981 Pikin Ave
Brooklyn, NY 11207

Brooklyn Roasting Company
PO Box 28900
Brooklyn, NY 11207

C & C Apartment Mgmt. LLC
1735 Park Ave, Suite 300
New York, NY 10035

Catalan Gourmet
1133 Broadway, Suite 1614
New York, NY 10010

CHEX Find Foods
71 Hampden Road
Mansfield, MA 02048

CNH Food
PO Box 250-194
Brooklyn, NY 11225

Cogent Waste Solution
5836 47th St
Maspeth, NY 11378

Daniel Foods Corp
58-60 59th Street
Maspeth, NY 11378

Derle Farms
15 Grummsm Road West
Bethpage, NY 11714

East West Bank
9300 Flair Drive
6th Floor
El Monte, CA 91731

Eco Farm Organic
2037 Lenioine Ave # 181
Fort Lee, NJ 07024


Epicure Food Inc
2 Laurel Drive Unit C
Flanders, NJ 07836


Farmers Direct
PO Box 778274
Woodside, NY 11377


First International
Health Foods
90 Borolin Rd
Allendale, NJ 07401


Four Seasons
400 Wabash Rd
PO Box 788
Ephrata, PA 17522


Gandi Morshayev
1764 East 24th Street
Brooklyn, NY 11229


General Trading Co., Inc.
455 16th Street
Carlstadt, NJ 07072


Glacier Point
(E & M Ice Cream)
701 Zerega Ave
Bronx, NY 10473


Global Import & Export
616 D Grand Ave
Leonia, NJ 07307


Gold Cost Dist
79-11 69th Dr
Middle Village, NY 11379

Gotham  
PO Box 430  
3652 Lee Rd  
Jefferson Valley, NY 10535

Goya  
350 Country Rd  
Jersey City, NJ 07307

Hana Buying Services  
NYC Terminal Market A-169  
Bronx, NY 10474

Harney & Sons  
5723 Route 22  
Millerton, NY 12546

Imperial Dad  
255 Roate 1and 9  
Jersey City, NJ 07306

J & J Farms Creamery Inc  
57-48 49th Place  
Maspeth, NY 11378

J Viola Provisions  
37-30 Review Ave  
Long Island City, NY 11101

JC Family Dist  
1722 Belmont Ave  
New Hyde Park, NY 11040

Kayco  
73 New Road  
PO Box 82  
Bayonne, NJ 07002

L&M 11 Broadway LLC  
Dept #356830  
P.O. Box 25006  
Bradenton, FL 34206

Lap Imports Corp
PO Box 250842
New York, NY 10025

Latin America Distr
307 Industrial Way West
Eatontown, NJ 07724

Lioni Specialty Foods
PO Box 23717
New York, NY 10087-3717

Manhattan Beer
955 East 149th Street
NY 10855-2097

Marti
(JC Principal Holding)
143 Otter Rock Drive
Greenwich, CT 06830

Max Natural Foods
New High Way Suite A
Farmingdale, NY 11735

Melba Foods
110 Middlesex Ave
Carteret, NJ 07008

Meraki
606 Rutger Rd
West Babylon, NY 11704

Morning Dist
PO Box 2570039
Whitestone, NY 11357

Nassau Provisions
700 Furrows Rd
Holtsville, NY 11742

Natural Foods
64-31 108th Street
Suite 1070
Forest Hills, NY 11375

```
Nature'sland of NYC
56-01 Maspeth Ave
Maspeth, NY 11378


Nu Natural
134 Sand Park Rd
Cedar Grove, NJ 07009


Old World Marketplace
PO Box 144
Yonkers, NY 10704


Oslo Coffee Roaster
PO Box 220374
Brooklyn, NY 11222


Platte, Klarsfeld &
Levine, LLP
10 East 40th St.
46th Floor
New York, NY 10016


Porky
PO Box 18057
Newark, NJ 07191


RL Irwin Compay
PO Box 407
Kennett Square, PA 19348


S & R Trading Inc
47-02 Metropolitan Ave
Ridgewood, NY 11385


SKI Beer
169 Bardner Ave
Brooklyn, NY 11237


TEK Beverage
57-16 55th Dr
Maspeth, NY 11378


Trax
Dept CH 18035
Palatine, IL 60055
```

Union Beer
1213-17 Grand Street
Brooklyn, NY 11211

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):** 11 UM Food Corp.    **CASE NO.:** _____

    Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:


1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Adam P. Wofse, Esq.**
**Adam P. Wofse, Esq.**
Signature of Debtor's Attorney
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.